Petition for Writ of Mandamus Denied and Memorandum Opinion filed
October 9, 2003









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed October 9, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01100-CV

____________

 

IN RE GABRIEL FONTENETTE, JR., Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On October 1, 2003, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221; see also Tex. R. App. P. 52.  In his petition, relator
seeks to compel the Texas Department of Criminal Justice to correct his records
to reflect credit for time served.  We
have no mandamus jurisdiction over the Texas Department of Criminal
Justice.  See Tex. Gov=t. Code Ann. ' 22.221.

We deny relator=s petition for writ of mandamus. 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed October 9, 2003.

Panel consists of
Chief Justice Brister and Justices Anderson and Seymore.